COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | No. 08-24-00337-CV |
| LABELLE INDUSTRIAL SALES, INC., | | |
| NURIA VALILLIS, Executrix of the | § | AN ORIGINAL PROCEEDING |
| Estate of JUAN C. MARTINEZ, and | § | |
| BETH L. HERMAN, | | IN MANDAMUS |
| | § | |
| Relators. | § | |

## J U D G M E N T

The Court has considered Relators' petition for writ of mandamus against the Honorable M. Sue Kurita of County Court at Law No. 6, of El Paso County, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 1ST DAY OF OCTOBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.